UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VICKI CHILDS and JULIE SILLS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LOUDON COUNTY, TENNESSEE, and ) <br> CHAD ESTES, ) <br> ) <br> Defendants. ) | No. 3:08-CV-271 <br> (SHIRLEY) |

### ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 15]. The Plaintiffs have filed a Motion for Continuance [Doc. 53], in which they request that the trial of this matter be continued until early next year. The Plaintiffs have not yet taken the deposition of Jan T. Hahn, M.D., and defense counsel has no available dates on which to take Dr. Hahn's deposition before the currently scheduled trial date of October 5, 2009. The Plaintiffs state that defense counsel has stated that the Defendants do not oppose a continuance in this matter.

Based upon the foregoing and for good cause shown, the Court finds the Motion for Continuance **[Doc. 53]** to be well-taken, and it is **GRANTED**. The trial of this matter is hereby rescheduled for **January 26, 2010, at 9:00 a.m.** The deadlines for filing motions *in limine*, filing jury instructions, and completing discovery contained in the Scheduling Order [Doc. 19] are **RESET**

to correspond to this trial date. Deadlines contained in the Scheduling Order which have already elapsed, specifically, the deadlines for filing dispositive motions, remain the same and are in no way extended by this order.

**IT IS SO ORDERED**.

ENTER:

_s/ C. Clifford Shirley, Jr._
United States Magistrate Judge