UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VICKI CHILDS and JULIE SILLS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:08-CV-271 |
| ) | (SHIRLEY) |
| ) | |
| UNITED COMMUNITY BANK, ) | |
| TIM GUIDER, in his official capacity as ) | |
| Sheriff of Loudon County, Tennessee, ) | |
| LOUDON COUNTY, TENNESSEE, and ) | |
| CHAD ESTES, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 15].

On July 24, 2009, the Court dismissed all claims against Defendant United Community Bank. [Doc. 38]. On November 5, 2009, Sheriff Tim Guider's Motion for Summary Judgment was granted in part, and the Sheriff Guider was dismissed as a Defendant in this matter. [Doc. 59].

The Plaintiffs and the remaining Defendants – Loudon County, Tennessee, and Chad Estes – have represented to the Court that all claims by and between them have been fully compromised and settled, and they move the Court for dismissal of their claims by and between themselves. [See Docs. 69, 74]. Further, their issues on appeal have been resolved. [See Doc. 73].

The Court finds the parties' requests for dismissal to be well-taken, and their Motions to Dismiss **[Docs. 69, 74]** are **GRANTED IN PART** and **DENIED IN PART**. They are granted to

the extent that they seek that all claims amongst and between Plaintiff Vicki Childs, Plaintiff Julie Sills, Defendant Loudon County, and Defendant Chad Estes be dismissed with prejudice, and those claims are hereby **DISMISSED WITH PREJUDICE**. Any other requests for further relief contained in the Motions to Dismiss are **DENIED**.

The Court finds that there are no pending claims amongst or between the parties, and the Clerk of Court is hereby **DIRECTED** to enter a final judgment in this matter.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge